# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Antwan Potts v. Northeast Illinois Regional Commuter Railroad, d/b/a METRA et al.

Case Number: 1:25-cv-06156

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Northeast Illinois Regional Commuter Railroad, d/b/a Metra

Attorney name (type or print): Renée L. Koehler

Firm: Koehler Dinkel LLC

Street address: 900 S. Frontage Rd. Suite 300

City/State/Zip: Woodridge, IL 60517

Bar ID Number: 6208153
(See item 3 in instructions)

Telephone Number: 630-505-9939

Email Address: rkoehler@kdllclaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ | ☐ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 13, 2025

Attorney signature: S/ *Renée L. Koehler*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2025, she electronically filed the foregoing **APPEARANCE OF RENÉE L KOEHLER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Glori C. Bond
    The Bond Legal Group LLC
    P.O. Box 39
    Matteson, IL 60443
    708-412-1536
    Email: gbond@thebondlegalgroup.com


                s/ ***Ren**ée **L. Koehler**, **Esq.***
                      Renee Koehler, Esq.
                      Koehler Dinkel LLC
                      900 S. Frontage Road, Suite 300
                      Woodridge, Illinois  60517
                      Telephone:  (630) 505-9939
                      Facsimile:  (630) 505-9969
                      E-mail: rkoehler@kdllclaw.com