IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>    Plaintiff,<br><br>    and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721,<br><br>    Defendant. | Case No. 1:25-cv-6156<br><br>Judge Elaine S. Bucklo |

**DEFENDANT METRA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO OCTOBER 7, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**

Defendant **NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA** ("**METRA**"), by and through its attorneys Koehler Dinkel LLC, hereby moves this Court for an Order granting its unopposed motion to extend the deadline to file its responsive pleading to Plaintiff's Complaint to October 7, 2025, and for leave to file a Memorandum of Law in support of its anticipated motion to dismiss Plaintiff's Complaint in excess of the Court's 15-page limitation. In support of its unopposed motion, Defendant METRA states as follows:

1. Plaintiff filed a Complaint on June 2, 2025. ECF No. 1. METRA's responsive pleading is due on September 30, 2025.

2. In his Complaint, Plaintiff alleges six claims: Title VII retaliation (Count I); Title VII wage discrimination (Count II); violation of due process under the collective bargaining

1

agreement (Count III); violation of the Illinois Whistleblower Act (Count IV[1]); intentional infliction of emotional distress (Count V); and breach of duty of fair representation (Count VI).

3. Due to the number and complexity of Plaintiff's claims and the complex procedural history underlying this action, in order to adequately defend itself in this matter and present its arguments in a well-developed, substantive manner, including a sufficiently thoughtful analysis of legal authorities in support of its arguments, METRA respectfully requests a one-week extension of time to respond to Plaintiff's Complaint until October 7, 2025. Further, METRA requests leave to file an additional ten pages for a total of twenty-five (25) pages for its memorandum of law in support of its motion to dismiss.

4. The parties agree that Plaintiff should also have an additional ten pages in his Response in order to adequately respond to METRA's expanded brief.

5. Counsel for METRA corresponded with counsel for Plaintiff, and Plaintiff does not oppose the extension to October 7, 2025, nor does he oppose the expansion of the page limit of METRA's memorandum to 25 pages.

6. An extension of the time in which METRA may file its responsive pleading, and an extension of the page limit as set forth above, will not unduly prejudice any of the parties.

WHEREFORE, Defendant METRA respectfully requests that this Court enter an Order granting METRA's unopposed motion for an extension to file its responsive pleading to Plaintiff's Complaint to October 7, 2025, and for leave to file a Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint up to and including a total of twenty-five (25) pages, and granting Plaintiff leave to file an additional ten pages in his Response.

---

[1] In the Complaint, Plaintiff mistakenly captions Count IV as "Count VI—Illinois Whitsleblower [*sic*] Act." For purposes of clarity and consistency, this count will hereinafter be referred to as "Count IV."

**Date**:  September 23, 2025	Respectfully submitted,

                                                     **NORTHEAST REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:	*/s/ Renée L. Koehler*
      Renée L. Koehler
      KOEHLER DINKEL, LLC
      900 S. Frontage Road, Suite 300
      Woodridge, Illinois 60517
      Phone: (630) 505-9939
      Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2025, she caused the foregoing **DEFENDANT METRA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO OCTOBER 7, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Glori C. Bond
>THE BOND LEGAL GROUP LLC
>P.O. Box 39
>Matteson, Illinois 60443
>Phone: (708) 412-1536
>Email: gbond@thebondlegalgroup.com
>
>Shawn M. McKinley
>Email: smckinley@smart-union.org
>Erika A. Diehl-Gibbons
>Email: ediehl@smart-union.org
>Bailey S. Scheck
>Email: bscheck@smart-union.org
>SMART-TD
>6060 Rockside Woods Blvd. N. Suite 325
>Independence, OH 44131
>Phone: (216) 227-5284

>By: */s/ Renée L. Koehler*
>Renée L. Koehler
>KOEHLER DINKEL, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois 60517
>Phone: (630) 505-9939
>Email: rkoehler@kdllclaw.com