IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br>    Plaintiff,<br><br>    and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721,<br>    Defendant. | Case No. 1:25-cv-6156<br><br>Judge Elaine S. Bucklo |

**NOTICE OF DEFENDANT METRA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO OCTOBER 7, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**

**PLEASE TAKE NOTICE** that on or before **Friday, September 26, 2025, at 9:45 a.m.**, Judge Elaine S. Bucklo will rule by written order on **DEFENDANT METRA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO OCTOBER 7, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**. Appearance in court on the presentment date is not required.

**Date**:  September 23, 2025

Respectfully submitted,

**NORTHEAST REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:  */s/ Renée L. Koehler*
Renée L. Koehler
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2025, she caused the foregoing **NOTICE OF DEFENDANT METRA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO OCTOBER 7, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

Shawn M. McKinley
Email: smckinley@smart-union.org
Erika A. Diehl-Gibbons
Email: ediehl@smart-union.org
Bailey S. Scheck
Email: bscheck@smart-union.org
SMART-TD
6060 Rockside Woods Blvd. N. Suite 325
Independence, OH 44131
Phone: (216) 227-5284

By: /s/ Renée L. Koehler
Renée L. Koehler
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com