IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTWAN POTTS | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:25-CV-6256** |
| | ) | |
| v. | ) | |
| | ) | **Hon. Elaine Bucklo** |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILROAD CORP., et al | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF DEFENDANT INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS – TRANSPORTATION DIVISION GO-721'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF ANTWAN POTTS' COMPLAINT BY OCTOBER 7, 2025

Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division GO-721's ("SMART-TD"), on or before Friday, September 26, 2025, at 9:45 AM, submits the present Notice of Unopposed Motion for Extension of Time to Respond to Plaintiff Antwan Potts' Complaint by October 7, 2025. The undersigned has conferred with counsel, who does not oppose the request. Appearance in court on the presentment date is not required, per this Court's practices.

Respectfully submitted,

/s/ Shawn M. McKinley
Shawn McKinley
Assistant General Counsel
SMART-Transportation Division
6060 Rockside Woods N. Suite 345
Independence, OH 44131
Tel: (216) 228-9400
Fax: (216) 228-0937
smckinley@smart-union.org

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 25th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Glori Chantel Bond
The Bond Legal Group LLC
1115 Amherst Ln
University Park, IL 60484
(708) 412-1536
Email: gbond@thebondlegalgroup.com
*Counsel for Plaintiff Antwan Potts*

Renee L. Koehler
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: rkoehler@kdllclaw.com
*Counsel for Defendant Metra*

Stephanie Melissa Gomberg Dinkel
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: sdinkel@kdllclaw.com
*Counsel for Defendant Metra*

Jenny Veronica Lee
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630)505-9939
Email: jlee@kdllclaw.com
*Counsel for Defendant Metra*