# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWAN POTTS<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., et al<br><br>Defendants | Case No. 1:25-CV-6156<br><br>Hon. Elaine Bucklo |

## DEFENDANT INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS – TRANSPORTATION DIVISION GO-721'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF ANTWAN POTTS' COMPLAINT BY OCTOBER 7, 2025

Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division GO-721's ("SMART-TD"), respectfully moves the Court for an order granting an extension of its time to respond to Plaintiff Antwan Potts' Complaint. Currently, SMART-TD's response is due September 30, 2025. SMART-TD respectfully requests a seven-day extension until October 7, 2025. The undersigned has conferred with counsel, who does not oppose the request.

Respectfully submitted,

/s/ Shawn M. McKinley
Shawn McKinley
Assistant General Counsel
SMART-Transportation Division
6060 Rockside Woods N. Suite 345
Independence, OH 44131
Tel:  (216) 228-9400
Fax:  (216) 228-0937
smckinley@smart-union.org

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 25th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Glori Chantel Bond
The Bond Legal Group LLC
1115 Amherst Ln
University Park, IL 60484
(708) 412-1536
Email: gbond@thebondlegalgroup.com
*Counsel for Plaintiff Antwan Potts*

Renee L. Koehler
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: rkoehler@kdllclaw.com
*Counsel for Defendant Metra*

Stephanie Melissa Gomberg Dinkel
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: sdinkel@kdllclaw.com
*Counsel for Defendant Metra*

Jenny Veronica Lee
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630)505-9939
Email: jlee@kdllclaw.com
*Counsel for Defendant Metra*