# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Antwan Potts

                              Plaintiff,

v.                                             Case No.: 1:25−cv−06156

                                                          Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion to withdraw the appearance of Jenny V. Lee [18] as counsel for Defendant Northeast Illinois Regional Commuter Railroad Corporation d/b/a METRA is granted. Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers Transportation Division GO−721's unopposed motion for extension of time to respond to Plaintiff Antwan Potts' complaint by October 7, 2025 [21] is granted. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.