IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWAN POTTS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NORTHEAST ILLINOIS REGIONAL )<br>COMMUTER, RAILROAD )<br>CORPORATION, et al. )<br>)<br>    Defendants. ) | Case No.:1:25-cv-06156<br><br>**Hon. Elaine E. Bucklo** |

## DEFENDANT SMART-TD GO-721'S NOTICE OF MOTION
## TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division GO-721's ("SMART-TD"), on or before Friday, October 10, at 9:45 AM, submits the present Notice of SMART-TD's Motion to Dismiss Plaintiff Antwan Potts' Complaint for Failure to State a Claim. Pursuant to Judge Bucklo's standing order regarding noticing motions for hearing, no appearance by the Parties is required.

                                              Respectfully submitted,

                                              /s/ Shawn M. McKinley
                                              Shawn McKinley
                                              Erika Diehl-Gibbons
                                              Bailey Scheck
                                              SMART-Transportation Division
                                              6060 Rockside Woods N. Suite 345
                                              Independence, OH 44131
                                              Tel:   (216) 228-9400
                                              Fax:   (216) 228-0937
                                              smckinley@smart-union.org
                                              ediehl@smart-union.org
                                              bscheck@smart-union.org

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 7th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Glori Chantel Bond
The Bond Legal Group LLC
1115 Amherst Ln
University Park, IL 60484
(708) 412-1536
Email: gbond@thebondlegalgroup.com
*Counsel for Plaintiff Antwan Potts*

Renee L. Koehler
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: rkoehler@kdllclaw.com
*Counsel for Defendant Metra*

Stephanie Melissa Gomberg Dinkel
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: sdinkel@kdllclaw.com
*Counsel for Defendant Metra*