# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> v. <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721, <br><br> Defendant. | Case No. 1:25-cv-06156 <br><br> Judge Elaine S. Bucklo |

## DEFENDANT METRA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

NOW COMES Defendant, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA ("METRA"), by and through its attorneys, Koehler Dinkel LLC, and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves this Court for an Order dismissing Plaintiff's Complaint in its entirety. METRA submits its Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint in its entirety, filed simultaneously herewith.

**Date**: October 7, 2025

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By: /s/ Renée L. Koehler
Renée L. Koehler
KOEHLER DINKEL, LLC
900 South Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com
**ATTORNEY FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2025, she caused the foregoing **DEFENDANT METRA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

Shawn M. McKinley
Email: smckinley@smart-union.org
Erika A. Diehl-Gibbons
Email: ediehl@smart-union.org
Bailey S. Scheck
Email: bscheck@smart-union.org
SMART-TD
6060 Rockside Woods Blvd. N. Suite 325
Independence, OH 44131
Phone: (216) 227-5284

|  |  |
|---|---|
| By: | */s/ Renée L. Koehler* |
|  | Renée L. Koehler |
|  | KOEHLER DINKEL, LLC |
|  | 900 S. Frontage Road, Suite 300 |
|  | Woodridge, Illinois 60517 |
|  | Phone: (630) 505-9939 |
|  | Email: rkoehler@kdllclaw.com |