IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br>    Plaintiff,<br><br>    v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721,<br>    Defendants. | Case No. 1:25-cv-06156<br><br>Judge Elaine S. Bucklo |

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on or before **Friday, October 10, 2025, at 9:45 a.m.**, Judge Elaine S. Bucklo will rule by written order on **DEFENDANT, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA ("METRA")'S MOTION FOR A BRIEFING SCHEDULE ON ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**. Appearance in court on the presentment date is not required.

**Date**: October 7, 2025

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:   /s/ Renée L. Koehler
Renée L. Koehler
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2025, she caused the foregoing **NOTICE OF MOTION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

Shawn M. McKinley
Email: smckinley@smart-union.org
Erika A. Diehl-Gibbons
Email: ediehl@smart-union.org
Bailey S. Scheck
Email: bscheck@smart-union.org
SMART-TD
6060 Rockside Woods Blvd. N. Suite 325
Independence, OH 44131
Phone: (216) 227-5284

                                                 By:     */s/ Renée L. Koehler*
                                                           Renée L. Koehler
                                                           KOEHLER DINKEL, LLC
                                                           900 S. Frontage Road, Suite 300
                                                           Woodridge, Illinois 60517
                                                           Phone: (630) 505-9939
                                                           Email: rkoehler@kdllclaw.com