UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Antwan Potts
                                  Plaintiff,

v.                                         Case No.: 1:25−cv−06156

                                                      Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on Defendant SMART−TD GO−721's motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) [24] and Defendant Northeast Illinois Regional Commuter Railroad Corp. d/b/a Metra's motion to dismiss Plaintiff's Complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6) [25]: Plaintiff's responses are due by 11/12/2025. Defendants' replies are due by 12/3/2025. Ruling before the Honorable Elaine E. Bucklo on 1/8/2026. The Court will issue a ruling by mail. The Scheduling Conference set for 10/28/2025 and its Rule 26(f) planning report are stricken pending the disposition of the motions to dismiss. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.