IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> and <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721 <br><br> Defendant. | Case No. 1:25-cv-6156 <br><br> Hon. Elaine S. Bucklo <br><br> Jury Trial Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on or before Wednesday, November 19, 2025, at 9:45 a.m., Judge Elaine S. Bucklo will rule by written order on PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN LIEU OF RESPONSE TO DEFENDANTS METRA AND SMART'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Appearance in court on the presentment date is not required.

DATED: November 12, 2025

/s/ *Glori C. Bond*
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I, Glori C. Bond, an attorney, certify that on November 12, 2025, I caused a true and correct copy of the *Notice of Motion* to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*