## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antwan Potts

                                            Plaintiff,

v.                                                                           Case No.: 1:25−cv−06156

                                                                         Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for leave to file an amended complaint in lieu of response to Metra's and Smart's 12(b)(1) and 12(b)(6) motions to dismiss [30] is granted. Defendants' motions to dismiss Plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) [24], [25] are moot, and their briefing schedule is stricken. Scheduling Conference is set for 12/23/2025 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 12/16/2025. (The form of the report can be found on Judge Bucklo's webpage at www.ilnd.uscourts.gov.) The Court will enter a schedule based on the report. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.