IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> and <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721, <br><br> Defendant. | Case No. 1:25-cv-6156 <br><br> Judge Elaine S. Bucklo |

**DEFENDANT METRA'S MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DECEMBER 11, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**

Defendant **NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA** ("METRA"), by and through its attorneys Koehler Dinkel LLC, hereby moves this Court for an Order granting its motion to extend the deadline to file its responsive pleading to Plaintiff's Complaint to December 11, 2025, and for leave to file a Memorandum of Law in support of its anticipated motion to dismiss Plaintiff's Amended Complaint in excess of the Court's 15-page limitation. In support of its motion, Defendant METRA states as follows:

1. Plaintiff filed an Amended Complaint on November 19, 2025. ECF No. 33. METRA's responsive pleading is due on December 4, 2025.

2. In his Amended Complaint, Plaintiff alleges five claims: Title VII wrongful termination-discrimination (Count I); Title VII Retaliation (Count II); Title VII Wage

1

Discrimination (Count III); Illinois Whistleblower Act (Count IV[1]); intentional infliction of emotional distress (Count V).

3. Due to the Thanksgiving holiday resulting in the office closure for two days, the number and complexity of Plaintiff's claims and the complex procedural history underlying this action, in order to adequately defend itself in this matter and present its arguments in a well-developed, substantive manner, including a sufficiently thoughtful analysis of legal authorities in support of its arguments, METRA respectfully requests a one-week extension of time to respond to Plaintiff's Complaint until December 11, 2025. Further, METRA requests leave to file an additional ten pages for a total of twenty-five (25) pages for its memorandum of law in support of its motion to dismiss.

4. Counsel for METRA corresponded with counsel for Plaintiff, and Plaintiff's counsel stated that Plaintiff opposes the extension to file the responsive pleading and the expansion of the page limit of METRA's memorandum without providing a reason for the opposition.[2]

5. An extension of the time in which METRA may file its responsive pleading, and an extension of the page limit as set forth above will not unduly prejudice any of the parties.

WHEREFORE, Defendant METRA respectfully requests that this Court enter an Order granting METRA's motion for an extension to file its responsive pleading to Plaintiff's Complaint to December 11, 2025, and for leave to file a Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint up to and including a total of twenty-five (25) pages.

---

[1] In the Complaint, Plaintiff mistakenly captions Count IV as "Count VI—Illinois Whitsleblower [sic] Act." For purposes of clarity and consistency, this count will hereinafter be referred to as "Count IV."
[2] On September 24, 2025, the Court previously granted Metra's Motion to File in excess of the 15-page limit, up to 25 pages, with regard to its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's original complaint. ECF No. 16. Plaintiff did not oppose that motion.

**Date**:  November 28, 2025	Respectfully submitted,

**NORTHEAST REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:	*/s/ Renée L. Koehler*
Renée L. Koehler
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on November 28, 2025, she caused the foregoing **DEFENDANT METRA'S MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DECEMBER 11, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

> Glori C. Bond
> THE BOND LEGAL GROUP LLC
> P.O. Box 39
> Matteson, Illinois 60443
> Phone: (708) 412-1536
> Email: gbond@thebondlegalgroup.com
>
> Shawn M. McKinley
> Email: smckinley@smart-union.org
> Erika A. Diehl-Gibbons
> Email: ediehl@smart-union.org
> Bailey S. Scheck
> Email: bscheck@smart-union.org
> SMART-TD
> 6060 Rockside Woods Blvd. N. Suite 325
> Independence, OH 44131
> Phone: (216) 227-5284

By:   <u>/s/ Renée L. Koehler</u>
       Renée L. Koehler
       KOEHLER DINKEL, LLC
       900 S. Frontage Road, Suite 300
       Woodridge, Illinois 60517
       Phone: (630) 505-9939
       Email: rkoehler@kdllclaw.com