IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br>    Plaintiff,<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721,<br>    Defendants. | Case No. 1:25-cv-06156<br><br>Judge Elaine S. Bucklo |

**NOTICE OF DEFENDANT METRA'S MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DECEMBER 11, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**

**PLEASE TAKE NOTICE** that on or before **December 3, 2025, at 9:45 a.m.,** Judge Elaine S. Bucklo will rule by written order on **DEFENDANT METRA'S MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DECEMBER 11, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION**. Appearance in court on the presentment date is not required.

**Date**: November 28, 2025

Respectfully submitted,

**NORTHEAST REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:     */s/ Renée L. Koehler*
           Renée L. Koehler
           KOEHLER DINKEL, LLC
           900 S. Frontage Road, Suite 300
           Woodridge, Illinois 60517
           Phone: (630) 505-9939

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2025, she caused the foregoing **NOTICE OF DEFENDANT METRA'S MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DECEMBER 11, 2025, AND FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN EXCESS OF THE 15-PAGE LIMITATION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

> Glori C. Bond
> THE BOND LEGAL GROUP LLC
> P.O. Box 39
> Matteson, Illinois 60443
> Phone: (708) 412-1536
> Email: gbond@thebondlegalgroup.com
>
> Shawn M. McKinley
> Email: smckinley@smart-union.org
> Erika A. Diehl-Gibbons
> Email: ediehl@smart-union.org
> Bailey S. Scheck
> Email: bscheck@smart-union.org
> SMART-TD
> 6060 Rockside Woods Blvd. N. Suite 325
> Independence, OH 44131
> Phone: (216) 227-5284

By:     */s/ Renée L. Koehler*
        Renée L. Koehler
        KOEHLER DINKEL, LLC
        900 S. Frontage Road, Suite 300
        Woodridge, Illinois 60517
        Phone: (630) 505-9939
        Email: rkoehler@kdllclaw.com