# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antwan Potts

Plaintiff,

v.

Case No.:
1:25−cv−06156
Honorable Elaine E.
Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra's opposed motion to extend deadline to file responsive pleading to December 11, 2025, and for leave to file memorandum of law in support of its motion to dismiss Plaintiff's amended complaint in excess of the 15−page limitation [34] is granted. Scheduling Conference is reset for 1/13/2026 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 1/6/2026. (The form of the report can be found on Judge Bucklo's webpage at www.ilnd.uscourts.gov.) The Court will enter a schedule based on the report. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.