IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWAN POTTS | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.:1:25-cv-06156 |
| v. | )<br>) Hon. Elaine E. Bucklo |
| NORTHEAST ILLINOIS REGIONAL<br>COMMUTER, RAILROAD<br>CORPORATION, et al. | )<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANT SMART-TD GO-721'S MOTION
## TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division GO-721's ("SMART-TD"), respectfully moves to dismiss Plaintiff Antwan Potts' First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for dismissal are set forth more fully in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Shawn M. McKinley
Shawn McKinley
Erika Diehl-Gibbons
Bailey Scheck
SMART-Transportation Division
6060 Rockside Woods N. Suite 345
Independence, OH 44131
Tel: (216) 228-9400
Fax: (216) 228-0937
smckinley@smart-union.org
ediehl@smart-union.org
bscheck@smart-union.org

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

The undersigned hereby certifies on the 3rd day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Glori Chantel Bond
The Bond Legal Group LLC
1115 Amherst Ln
University Park, IL 60484
(708) 412-1536
Email: gbond@thebondlegalgroup.com
*Counsel for Plaintiff Antwan Potts*

Renee L. Koehler
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: rkoehler@kdllclaw.com
*Counsel for Defendant Metra*

Stephanie Melissa Gomberg Dinkel
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: sdinkel@kdllclaw.com
*Counsel for Defendant Metra*