UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Antwan Potts
                                                  Plaintiff,

v.                                                       Case No.: 1:25−cv−06156

                                                       Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers,Transportation Division GO−721's motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) [38]: Plaintiff's response is due by 1/6/2026. Defendant's reply is due by 1/20/2026. Ruling before the Honorable Elaine E. Bucklo on 2/19/2026. The Court will issue the ruling by electronic mail. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.