IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> v. <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721, <br><br> Defendant. | Case No. 1:25-cv-06156 <br><br> Judge Elaine S. Bucklo |

**DEFENDANT METRA'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT IN ITS ENTIRETY**

NOW COMES Defendant, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA ("METRA"), by and through its attorneys, Koehler Dinkel LLC, and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves this Court for an Order dismissing Plaintiff's First Amended Complaint in its entirety. METRA submits its Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint in its entirety, filed simultaneously herewith.

**Date**: December 11, 2025

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL
COMMUTER RAILROAD
CORPORATION d/b/a METRA**

By: /s/ Stephanie Dinkel
Stephanie Dinkel
KOEHLER DINKEL, LLC
900 South Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: sdinkel@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2025, she caused the foregoing **DEFENDANT METRA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT IN ITS ENTIRETY** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

Shawn M. McKinley
Email: smckinley@smart-union.org
Erika A. Diehl-Gibbons
Email: ediehl@smart-union.org
Bailey S. Scheck
Email: bscheck@smart-union.org
SMART-TD
6060 Rockside Woods Blvd. N. Suite 325
Independence, OH 44131
Phone: (216) 227-5284

Robert E. Harrington, III
DUNN HARRINGTON LLC
22 W. Washington St.
Ste. 1500
Chicago, IL 60602
Phone: 312-548-7221
Email: reh@dunnharrington.com

By:    /s/ Stephanie Dinkel
        Stephanie Dinkel
        KOEHLER DINKEL, LLC
        900 S. Frontage Road, Suite 300
        Woodridge, Illinois 60517
        Phone: (630) 505-9939
        Email: sdinkel@kdllclaw.com