IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br>    Plaintiff,<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721,<br>    Defendants. | Case No. 1:25-cv-06156<br><br>Judge Elaine S. Bucklo |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on or before **Wednesday, December 17, 2025, at 9:45 a.m.** Judge Elaine S. Bucklo will set a briefing schedule on **DEFENDANT, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT IN ITS ENTIRETY**. Appearance in court on the presentment date is not required, and the Court will rule by written order.

**Date**: December 11, 2025

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA**

By:    */s/ Stephanie Dinkel*
        Stephanie Dinkel
        KOEHLER DINKEL, LLC
        900 S. Frontage Road, Suite 300
        Woodridge, Illinois 60517
        Phone: (630) 505-9939
        Email: sdinkel@kdllclaw.com

        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2025, she caused the foregoing **NOTICE OF MOTION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

Shawn M. McKinley
Email: smckinley@smart-union.org
Erika A. Diehl-Gibbons
Email: ediehl@smart-union.org
Bailey S. Scheck
Email: bscheck@smart-union.org
SMART-TD
6060 Rockside Woods Blvd. N. Suite 325
Independence, OH 44131
Phone: (216) 227-5284

Robert E. Harrington, III
DUNN HARRINGTON LLC
22 W. Washington St.
Ste. 1500
Chicago, IL 60602
Phone: 312-548-7221
Email: reh@dunnharrington.com

By: */s/ Stephanie Dinkel*
Stephanie Dinkel
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: sdinkel@kdllclaw.com