Antwan Potts
                            Plaintiff,

v.                                   Case No.: 1:25−cv−06156

                                      Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on Defendant Northeast Illinois Regional Commuter Railroad Corp. d/b/a Metra's motion to dismiss Plaintiff's first amended complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6) [41]: Plaintiff's response is due by 1/13/2026. Defendant's reply is due by 1/27/2026. Ruling before the Honorable Elaine E. Bucklo on 2/19/2026. The Court will issue the ruling by electronic mail. The Scheduling Conference set for 1/13/2026 and its planning report are stricken pending the disposition of the motions to dismiss. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.