IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, Plaintiff, and NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721 Defendant. | Case No. 1:25-cv-6156 Hon. Elaine S. Bucklo Jury Trial Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on or before Friday, January 9, 2026, at 9:45 a.m., Judge Elaine S. Bucklo will rule by written order on **PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT SMART-TD GO 721'S MOTION TO DISMISS**. Pursuant to Judge Bucklo's standing order for noticing of motions no appearance is required by the Parties for the date of presentment.

DATED: January 05, 2026

/s/ *Glori C. Bond*
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

    I, Glori C. Bond, an attorney, certify that on January 05, 2026, I caused a true and correct copy of the ***Notice of Motion*** to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*