IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721<br><br>Defendant. | Case No. 1:25-cv-6156<br><br>Hon. Elaine S. Bucklo<br><br>Jury Trial Requested |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SMART-TD GO 721'S 12(B)(6) MOTION TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to file its responsive pleading to Smart-TD GO 721's Motion to Dismiss and Memorandum in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 6(b), and in support states as follows:

1. December 03, 2025, Defendant SMART-TD GO-721 (hereinafter, "SMART"), through its attorney, filed his *Memorandum in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim* and *Motion to Dismiss for Failure to State a Claim* (hereinafter, collectively "Motion"). ECF Nos. 38-39.

2. Plaintiff's response to SMART's Motion is Due January 06, 2026.

3. Plaintiff is requesting a fourteen-day extension until January 20, 2026, to file his response to SMART's Motion.

1

4. Plaintiff has conferred with SMART's counsel, who does not oppose this request.

5. Plaintiff states that this extension will not cause a delay in the proceedings.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant SMART-TD GO-721 Motion to Dismiss and Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim.

DATED: January 5, 2026

**/s/ *Glori C. Bond***
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I, Glori C. Bond, an attorney, certify that on January 05, 2026, I caused a true and correct copy of the ***Plaintiff's Unopposed Motion for Extension of Time to Respond to SMART-TD GO 721's Motion to Dismiss*** to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*