Antwan Potts

                                       Plaintiff,

v.                                               Case No.: 1:25−cv−06156

                                               Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for extension of time to respond to Smart−TD GO−721's 12(b)(6) motion to dismiss [47] is granted. Plaintiff's response is extended to and due by 1/20/2026. Defendant's reply is extended to and due by 2/3/2026. Rulings before the Honorable Elaine E. Bucklo on motions [38] and [41] reset for 3/5/2026. The Court will issue the rulings by electronic mail. The Scheduling Conference set for 1/13/2026 and its planning report are stricken pending the disposition of the motions to dismiss. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.