IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721<br><br>Defendant. | Case No. 1:25-cv-6156<br><br>Hon. Elaine S. Bucklo<br><br>Jury Trial Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on or before Friday, January 16, 2026, at 9:45 a.m., Judge Elaine S. Bucklo will rule by written order on **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ITS MEMORANDUM IN OPPOSITION TO DEFENDANT METRA'S MTD AND MEMORANDUM IN SUPPORT OF ITS MTD TO JANUARY 27, 2026, AND PLAINTIFF'S LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN EXCESS OF 15 PAGES.** Pursuant to Judge Bucklo's standing order for noticing of motions no appearance is required by the Parties for the date of presentment.

DATED: January 12, 2026

/s/ *Glori C. Bond*
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I, Glori C. Bond, an attorney, certify that on January 12, 2026, I caused a true and correct copy of the ***Notice of Motion of Plaintiff's Unopposed Motion to Extend Deadline to file its Memorandum of Law in Opposition of Metra's MTD and Memorandum in Support of its MTD and for Leave to file Plaintiff's Memorandum in Opposition in Excess of 15 pages*** to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*