IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721<br><br>Defendant. | Case No. 1:25-cv-6156<br><br>Hon. Elaine S. Bucklo<br><br>Jury Trial Requested |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE ITS MEMORANDUM IN OPPOSITION OF DEFENDANT'S MTD AND MEMORANDDUM IN SUPPORT OF TO JANUARY 27, 2026 AND FOR LEAVE TO FILE ITS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MTD AND MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN EXCESS OF 15 PAGES**

Plaintiff, by and through his attorney, The Bond Legal Group LLC, respectfully moves this Court for an Order granting its motion to extend the deadline to file its Memorandum of Law in Opposition to Metra's Motion to Dismiss and Memorandum in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim to January 27, 2026, and for leave to file a Memorandum in Opposition of Defendant's Memorandum in Support of Its Motion to Dismiss in excess of the Court's 15 page limit. In support states as follows:

1. Plaintiff filed its Amended Complaint on November 19, 2025. *ECF No. 33*.

1

2. Metra filed its Motion to Extend the Deadline to File its Responsive Pleading and for Leave to file Memorandum of Law in excess of 15 pages (hereinafter "Motion") on November 28, 2025. *ECF No. 34*.

3. The Court granted Defendant's Motion on December 12, 2025. *ECF No. 44*.

4. Due to the Christmas and New Year holidays resulting in the office closure for four days, Plaintiff having to respond to an additional Motion to Dismiss and Memorandum in Support of its Motion by Defendant SMART, the number and complexity of Plaintiff's claims and the complex procedural history underlying this action, in order to provide proper context in this matter and present its arguments in a substantive manner, including a sufficiently thoughtful analysis of legal authorities in support of its arguments, Plaintiff respectfully requests a 14 day extension of time to respond to Defendant Metra's Motion until January 27, 2026.

5. Furthermore, Plaintiff requests leave to file an additional ten pages for a total of twenty-five (25) pages for its memorandum of law in opposition of Defendant's Motion.

6. Plaintiff has conferred with Metra's counsel, who does not oppose this request.

7. Plaintiff states that this extension will not cause a delay in the proceedings.

8. Plaintiff has also agreed in good faith to provide Metra with 21 days to respond to Plaintiff's Memorandum due to Metra's counsel being on vacation during the response period. Metra's response will be due on February 17, 2026.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant Metra's Motion to Dismiss and Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim and for Leave to file a Memorandum of Law in Opposition of the Defendant Metra's Motion up to and including twenty-five (25) pages.

DATED: January 12, 2026

***/s/ Glori C. Bond*__**
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

# **CERTIFICATE OF SERVICE**

I, Glori C. Bond, an attorney, certify that on January 12, 2026, I caused a true and correct copy of the ***Plaintiff's Unopposed Motion To Extend the Deadline to File its Memorandum of Law in Opposition to Metra's MTD and Memorandum in Support of its Motion to Dismiss and for Leave to file its Memorandum in Opposition in Excess of 15 Pages*** to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*