**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Antwan Potts
                                              Plaintiff,

v.                                                       Case No.: 1:25−cv−06156

Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion to extend the deadline to file its memorandum in opposition of Defendant Metra's motion to dismiss and memorandum in support of to January 27, 2026 and for leave to file its memorandum in opposition to Defendant Metra's motion to dismiss and memorandum in support of its motion to dismiss in excess of 15 pages [50] is granted. Plaintiff's response is extended to and due by 1/27/2026. Defendants' replies are extended to and due by 2/17/2026. Rulings before the Honorable Elaine E. Bucklo on motions [38] and [41] reset for 3/17/2026. The Court will issue the rulings by electronic mail. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.