IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721<br><br>Defendant. | Case No. 1:25-cv-6156<br><br>Hon. Elaine S. Bucklo<br><br>Jury Trial Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on or before Wednesday, January 28, 2026, at 9:45 a.m., Judge Elaine S. Bucklo will rule by written order on **PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED FILING**. Pursuant to Judge Bucklo's standing order for noticing of motions no appearance is required by the Parties for the date of presentment.

DATED: January 21, 2026

**/s/ *Glori C. Bond***
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I, Glori C. Bond, an attorney, certify that on January 21 2026, I caused a true and correct copy of the *Notice of Motion* to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*