# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Antwan Potts

                        Plaintiff,

v.                                                          Case No.: 1:25−cv−06156

                                                             Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for leave to file its corrected response to Smart−TD GO 721's 12(B)(6) motion to dismiss [54] is granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.