# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWAN POTTS | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:1:25-cv-06156 |
| v. | ) |
| | ) Hon. Elaine E. Bucklo |
| NORTHEAST ILLINOIS REGIONAL COMMUTER, RAILROAD CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT SMART-TD GO-721'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11

Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division GO-721's ("SMART-TD"), on or before Wednesday, February 25th, at 9:45 AM, submits the present Notice of SMART-TD's Motion for Sanctions Pursuant to FRCP 11. Pursuant to Judge Bucklo's standing order regarding noticing motions for hearing, no appearance by the Parties is required.

Respectfully submitted,

/s/ Shawn M. McKinley
Shawn McKinley
Erika Diehl-Gibbons
Bailey Scheck
SMART-Transportation Division
6060 Rockside Woods N. Suite 345
Independence, OH 44131
Tel:   (216) 228-9400
Fax:   (216) 228-0937
smckinley@smart-union.org
ediehl@smart-union.org
bscheck@smart-union.org

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 18th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Glori Chantel Bond
The Bond Legal Group LLC
1115 Amherst Ln
University Park, IL 60484
(708) 412-1536
Email: gbond@thebondlegalgroup.com
*Counsel for Plaintiff Antwan Potts*

Renee L. Koehler
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: rkoehler@kdllclaw.com
*Counsel for Defendant Metra*

Stephanie Melissa Gomberg Dinkel
Koehler Dinkel LLC
900 S. Frontage Road, Suite 300
Woodridge, IL 60517
(630) 505-9939
Email: sdinkel@kdllclaw.com
*Counsel for Defendant Metra*