## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Antwan Potts

                          Plaintiff,

v.                                              Case No.: 1:25−cv−06156

                                            Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant SMART−TD GO−721'S motion for sanctions pursuant to FRCP 11 [61] is taken under advisement. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.