# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Antwan Potts

                                 Plaintiff,

v.                                                     Case No.: 1:25−cv−06156

                                                    Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for leave to file a supplemental response to defendants' Smart's motion to dismiss instanter [65] is granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.