IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> and <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721 <br><br> Defendant. | **Case No.  1:25-cv-6156** <br><br> **Hon.  Elaine S. Bucklo** <br><br> **Jury Trial Requested** |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on or before Wednesday, May 13, 2026 at 9:45 a.m., Judge

Elaine S. Bucklo will rule by written order on PLAINTIFF'S MOTION FOR LEAVE TO FILE

AMENDED COMPLAINT. Appearance in court on the presentment date is not required.

DATED: May 5, 2026

<u>**/s/ *Glori C. Bond***</u>
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

**<u>CERTIFICATE OF SERVICE</u>**

I, Glori C. Bond, an attorney, certify that on May 5, 2026, I caused a true and correct copy of the *Notice of Motion* to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*