**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Antwan Potts

                                 Plaintiff,

v.                                     Case No.:
                                        1:25−cv−06156
                                        Honorable Elaine E.
                                        Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendant SMART−TD GO−721's motion to dismiss [38] is granted, and its motion for sanctions [61] is denied. Defendant Metra's motion to dismiss [41] is granted in part. A second amended complaint consistent with the accompanying order must be filed, if at all, on or before June 8, 2026.Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.