IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>and<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721<br><br>Defendant. | **Case No. 1:25-cv-6156**<br><br>**Hon. Elaine S. Bucklo**<br><br>**Jury Trial Requested** |

## PLAINTIFF'S NOTICE TO WITHDRAW MOTION

Plaintiff Antwan Potts (hereinafter, "Plaintiff") by and through undersigned counsel, Glori C. Bond, of The Bond Legal Group LLC respectfully moves for this Court to withdraw its motion ECF No. 69:

1. On May 5, 2026, the Plaintiff, through his attorney, filed his motion for leave to amend his Complaint. *ECF No.* 69.

2. On May 9, 2026, the Court entered its Minute Order and ruling allowing Plaintiff to amend its Complaint. ECF Nos. 71-72.

3. Plaintiff hereby withdraws his Motion for Leave to File an Amended Complaint ECF No. 69.

DATED: May 11, 2026

**/s/ *Glori C. Bond***
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I, Glori C. Bond, an attorney, certify that on May 11, 2026, I caused a true and correct copy of the ***Notice to Withdraw Motion*** to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

*/s/ Glori C. Bond*