IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWAN POTTS, <br><br> Plaintiff, <br><br> and <br><br> NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, SMART-TD GO721 <br><br> Defendant. | **Case No. 1:25-cv-6156** <br><br> **Hon. Elaine S. Bucklo** <br><br> **Jury Trial Requested** |

## NOTICE OF MOTION FOR RULE 60(b)(1) and (6) MOTION

**PLEASE TAKE NOTICE** that on or before Wednesday, June 17, 2026, at 9:45 a.m., Judge Elaine S. Bucklo will rule by written order on **PLAINTIFF'S MOTION FOR RULE 60(b)(1) and RULE 60(b)(6)** Pursuant to Judge Bucklo's standing order for noticing of motions no appearance is required by the Parties for the date of presentment.

DATED: June 9, 2026

**/s/ *Glori C. Bond***
Glori C. Bond
(ARDC #6329463)
The Bond Legal Group, LLC
P.O. Box 39
Matteson, IL 60443
gbond@thebondlegalgroup.com
*COUNSEL FOR PLAINTIFF*

1

2

## CERTIFICATE OF SERVICE

I, Glori C. Bond, an attorney, certify that on June 9 2026, I caused a true and correct copy of the *Notice of Motion for Plaintiff's Rule 60(b)(1) and (60)(b)(6)* to be filed with the filed with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to all parties of record registered with the Court's Electronic Filing System, via email.

/s/ Glori C. Bond

2