**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTWAN POTTS,<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA,<br><br>Defendant. | Case No. 1:25-cv-06156<br><br>Judge Elaine E. Bucklo |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF BRIEFING SCHEDULE**

NOW COMES Defendant Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra ("Metra"), by and through its attorneys Koehler Dinkel LLC, hereby submits this Unopposed Motion for Entry of Briefing Schedule. In support of this Motion, Metra states as follows:

1.      On May 8, 2026, in granting Defendant Metra's motion to dismiss in part, the Court entered an Order providing Plaintiff with thirty (30) days from the entry of the Order to file a Second Amended Complaint consistent with the Court's decision, on or before June 8, 2026. ECF No. 72 at p. 16.

2.      On the evening of June 8, 2026, Plaintiff filed his Second Amended Complaint ("SAC"). ECF No. 74.

3.      On June 9, 2026, Plaintiff filed a Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(1) and 60(b)(6). ECF No. 75. Should the Court consider Plaintiff's Rule 60 motion, Metra requests thirty (30) days to respond.

1

4. Due to the nature of the Second Amended Complaint and the pending Rule 60(b) Motion, as well as counsel's respective caseloads, the Parties have conferred regarding the requested briefing schedule. Plaintiff does not oppose the briefing schedule request herein.

5. Defendant respectfully requests the Court enter an order granting Defendant with thirty (30) days, through July 8, 2026, to file a responsive pleading to Plaintiff's Second Amended Complaint. ECF No. 74.

6. Defendant respectfully requests the Court enter an order granting Defendant with thirty (30) days, through July 9, 2026, to file a response to Plaintiff's Rule 60(b) Motion. ECF No. 75.

7. Plaintiff shall have twenty-one (21) days, through July 30, 2026, to file any reply in support of his Rule 60(b) Motion.

8. This requested briefing schedule is made in good faith and not for purposes of delay. No party will be prejudiced by the requested briefing schedule, and Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant Metra respectfully requests that this Court grant this Unopposed Motion for Entry of Briefing Schedule and enter an order providing: (1) Defendant shall have until July 8, 2026, to file a responsive pleading to Plaintiff's Second Amended Complaint (ECF No. 74); (2) Defendant shall have until July 9, 2026, to file a response to Plaintiff's Rule 60(b) Motion (ECF No. 75); and (3) Plaintiff shall have until July 30, 2026, to file any reply in support of his Rule 60(b) Motion, along with such other and further relief as this Court deems just and proper.

**Date**: June 10, 2026                                Respectfully submitted,

                                                       **NORTHEAST ILLINOIS REGIONAL
                                                       COMMUTER RAILROAD**

2

**CORPORATION d/b/a METRA**

By:    */s/ Renée L. Koehler*
Renée L. Koehler
KOEHLER DINKEL LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026, she caused the foregoing

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF BRIEFING SCHEDULE** to be

electronically filed with the Clerk of Court using the CM/ECF system, which will send notification

of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

By:     */s/ Renée L. Koehler*
      Renée L. Koehler
      KOEHLER DINKEL, LLC
      900 S. Frontage Road, Suite 300
      Woodridge, Illinois 60517
      Phone: (630) 505-9939
      Email: rkoehler@kdllclaw.com