# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ANTWAN POTTS,

Plaintiff,

v.

NORTHEAST ILLINOIS REGIONAL
COMMUTER RAILROAD CORPORATION
d/b/a METRA,

Defendant.

Case No. 1:25-cv-06156

Judge Elaine E. Bucklo

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on or before Wednesday, June 17, 2026, at 9:45 a.m., Judge

Elaine E. Bucklo will rule by written order on DEFENDANT'S UNOPPOSED MOTION FOR

ENTRY OF BRIEFING SCHEDULE. Appearance in court on the presentment date is not required.

**Date**: June 10, 2026

Respectfully submitted,

**NORTHEAST ILLINOIS REGIONAL
COMMUTER RAILROAD
CORPORATION d/b/a METRA**

By: */s/ Renée L. Koehler*
Renée L. Koehler
KOEHLER DINKEL LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026, she caused the foregoing **NOTICE OF MOTION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Glori C. Bond
THE BOND LEGAL GROUP LLC
P.O. Box 39
Matteson, Illinois 60443
Phone: (708) 412-1536
Email: gbond@thebondlegalgroup.com

By: */s/ Renée L. Koehler*
Renée L. Koehler
KOEHLER DINKEL, LLC
900 S. Frontage Road, Suite 300
Woodridge, Illinois 60517
Phone: (630) 505-9939
Email: rkoehler@kdllclaw.com