**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Antwan Potts

                Plaintiff,

v.                                     Case No.:
                                     1:25−cv−06156
                                     Honorable Elaine E.
                                     Bucklo

Northeast Illinois Regional Commuter Railroad
Corp. d/b/a METRA, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's unopposed motion for entry of briefing schedule [77] is granted. Ruling set for 8/31/2026. The court will issue ruling by electronic mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.