**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Antwan Potts

Plaintiff,

v.

Case No.: 1:25−cv−06156
Honorable Elaine E. Bucklo

Northeast Illinois Regional Commuter Railroad Corp. d/b/a METRA, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff's notice to withdraw moiton [85] is granted. Plaintiff's Rule 60(b)(1) and (6) motion for relief from judgment [75] is withdrawn. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.